USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS RODRIGUEZ SANCHEZ,
Petitioner, -

against-

WARDEN OF ORANGE COUNTY CORRECTIONAL FACILITY, et al.,
Respondents.

26-CV-5740 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Before the Court is a Petition for a Writ of Habeas Corpus filed on July 7, 2026, pursuant to 28 U.S.C. § 2241. *See* Dkt. No. 1. For the reasons explained on the record at the hearing held on July 23, 2026, Petitioner's present detention is lawful, and the Petition is DENIED. The stay on his removal, previously ordered by the Court on July 7, 2026, Dkt. No. 4, is LIFTED.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and CLOSE this case.

Dated: July 23, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge