**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE LUIS RODRIGUEZ SANCHEZ,

Petitioner,

-against-

WARDEN OF ORANGE COUNTY CORRECTIONAL FACILITY, et al.,

Respondents.
-------------------------------------------------------------X

26 **CIVIL** 5740 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 23, 2026, and for the reasons explained on the record at the hearing held on July 23, 2026, Petitioner's present detention is lawful, and the Petition is DENIED. The stay on his removal, previously ordered by the Court on July 7, 2026, Dkt. No. 4, is LIFTED; accordingly, the case is closed.

**DATED:** New York, New York
July 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**